**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2407**

In Re:   HENRY EARL MILLER,

                    Petitioner.

On Petition for Writ of Mandamus.
(6:09-cv-01150-HFF)

Submitted:  March 16, 2010          Decided:  March 17, 2010

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Henry Earl Miller, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Earl Miller petitions for a writ of mandamus, seeking an order directing the district court to comply with a letter from this court forwarding for "appropriate disposition" correspondence from Miller with respect to his attempt to file a 28 U.S.C. § 2241 (2006) petition.

Mandamus is a drastic remedy to be used only in extraordinary circumstances, when "the petitioner has no other adequate means to obtain relief to which there is a clear and indisputable right." In re Blackwater Sec. Consulting, L.L.C., 460 F.3d 576, 592 (4th Cir. 2006) (internal quotations and citation omitted). "Courts are extremely reluctant to grant a writ of mandamus." In re Beard, 811 F.2d 818, 826 (4th Cir. 1987).

The relief sought by Miller is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED